1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

YELE GLASTER,                                     Case No. 2:15-cv-00252-MMD-VCF

8

                                    Plaintiff,

        v.                                                        ORDER

9

DOLLAR TREE STORES, INC.; DOES I-X;

10

and ROE CORPORATIONS XI - XX,

11

                                    Defendants.

12

13          Plaintiff Yele Glaster filed this action on December 23, 2014, in the Eighth Judicial

14   District Court in Clark County, Nevada, after tripping over an unattended cart and falling

15   in a Dollar Tree store in Las Vegas, Nevada. (Dkt. no. 1-1 at 7.) Plaintiff asserts claims of

16   negligence; negligent hiring, training, retention, and supervision; and respondeat

17   superior. (*Id.* at 7-9.)

18          On February 13, 2015, the Court ordered Defendant Dollar Tree Stores, Inc.

19   ("Dollar Tree") to show cause as to why this case should not be remanded for lack of

20   subject matter jurisdiction. (Dkt. no. 7.)   Dollar Tree responded on March 2, 2015. (Dkt.

21   no. 9.) In its response, Dollar Tree met its burden to demonstrate that the amount-in-

22   controversy exceeds $75,000.  Accordingly, the Court is now assured of its jurisdiction to

23   preside over this case.

24          It is so ordered.

25          DATED THIS 6th day of March 2015.

26   _____

27   MIRANDA M. Du
     UNITED STATES DISTRICT JUDGE

28