**NOTC**
**ANTHONY PAGLIA INJURY LAWYER**
Anthony Paglia Esq.
Nevada Bar No. 11234
255 E. Warm Springs Road Suite 100A
Las Vegas, Nevada 89119
Telephone: (702) 830-7070
Facsimile: (702) 522-0504
E-mail: apaglia@anthonypaglia.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YELE GLASTER, individually,<br><br>            Plaintiff,<br><br>      v.<br><br>DOLLAR TREE STORES, INC., a foreign corporation; DOES I-X, and ROE CORPORATIONS XI-XX, inclusive,<br><br>            Defendants. | CASE NO. 2:15-CV-252-MMD-VCF<br><br>**NOTICE OF PLAINTIFF'S EXPERT WITNESS DESIGNATION AND DISCLOSURE OF EXPERT WITNESS REPORT** |

<u>**NOTICE OF PLAINTIFF'S  EXPERT WITNESS DESIGNATION AND DISCLOSURE OF EXPERT WITNESS REPORT**</u>

Plaintiff, Yele Glaster, by and through her counsel of record, Anthony Paglia Injury Lawyer,

hereby identifies their expert witness and produces the following Expert Witness and Expert Report

pursuant to NRCP 16.1(a)(2) as follows:

**I.      EXPERT WITNESS**

1.      John R. Peterson
        2037 Gracewood Street
        North Las Vegas, NV 89032
        702-321-1981

Expert Witness John R. Peterson is expected to testify regarding the Subject Incident

including opinions, data and any other information considered by John R. Peterson on forming said

estimate and opinions, his professional qualifications, and any other related matters.

Plaintiffs reserve the right to supplement the expert witness disclosure as further investigation and discovery may reveal additional information.

## II.   DOCUMENTS

| | |
|---|---|
| 1. Expert Report | AMP319-AMP333 |
| 2 John Peterson Curriculum Vitae | AMP334-AMP354 |
| 3. John Peterson Testimony List | AMP355-AMP359 |
| 4. John Peterson Fee Schedule | AMP360-AMP361 |

Plaintiffs reserve the right to supplement the document disclosures as further investigation and discovery may reveal additional information.

ANTHONY PAGLIA INJURY LAWYER LTD

By:_____
Anthony M. Paglia, Esq.
Nevada Bar No. 11234
ANTHONY PAGLIA INJURY LAWYER LTD
255 E. Warm Springs Road Suite 100A
Las Vegas, Nevada 89119
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9 day of July, 2015, a true and correct copy of the foregoing **NOTICE OF PLAINTIFF'S EXPERT WITNESS DESIGNATION AND DISCLOSURES OF EXPERT WITNESS REPORT ,** through the CM/ECF system of the United States District Court for the District of Nevada upon the following:

> James R. Olson Esq.
> Stephanie M. Zinna Esq.
> 9950 West Cheyenne Ave.
> Las Vegas, NV 89129
> Email: jolson@ocgas.com
> Email: szinna@ocgas.com
> Phone: 702-384-4012
> Fax: 702-383-0701
> *Attorneys for Defendant*

An Employee of Anthony Paglia Injury Lawyer, LTD.