# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| YELE GLASTER, | |
| Plaintiff, | 2:15-cv-00252-MMD-VCF |
| vs. | **ORDER** |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

Before the court is Defendant Dollar Tree Stores, Inc.'s Motion to Exclude Undisclosed Damages Pursuant to FRCP 37(c)(1).  (#23).

Pursuant to Local Rule 7-2(b), unless otherwise ordered by the Court, points and authorities in response shall be filed and served by an opposing party fourteen (14) days after service of the motion. Here, the time to file an opposition has passed and no opposition has been filed.

Under Local Rule 7-2(d), the failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion. The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that any opposition to Motion to Exclude Undisclosed Damages Pursuant to FRCP 37(c)(1) (#23) is due by August 6, 2015.  If no opposition is filed, the court will construe that the opposing party has consented to the granting of the motion.

DATED this 30th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE