**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| YELE GLASTER, | Case No. 2:15–cv–252–MMD–VCF |
| Plaintiff, | **ORDER** |
| vs. | RENEWED MOTION TO EXCLUDE (#36) |
| DOLLAR TREE STORES, INC., *et al*., | MOTION TO STRIKE (#37) |
| Defendants. | MOTION TO REOPEN DISCOVERY (#38) |

On September 15, 2015, Dollar Tree moved to exclude Ms. Glaster's damages because it claims to be "unaware of the amount of damages Plaintiff is claiming." On the same day, Dollar Tree also moved to strike one of Ms. Glaster's experts and moved to reopen discovery in order to depose the expert it moves to strike.

In light of the court's prior order, (Doc. #35), which required Ms. Glaster to disclose her damages by August 25, 2015, and in light of Ms. Glaster's pending motions to remand, (Doc. #16), and amend her complaint to add a non-diverse party, (Doc. #19), the court denies Dollar Tree's pending motions with leave to refile following a decision on Ms. Glaster's jurisdictional motions, if this case proceed in this court.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Dollar Tree's Renewed Motion to Exclude (#36) is DENIED with leave to refile.

IT IS FURTHER ORDERED that Dollar Tree's Motion to Strike (#37) is DENIED with leave to refile.

IT IS FURTHER ORDERED that Dollar Tree's Motion to Reopen Discovery (#38) is DENIED with leave to refile.

IT IS SO ORDERED.

DATED this 16th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE